# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00019-CV

---

**David Fountain, Appellant**

**v.**

**Rebekah Ross, Appellee**

---

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. 12-2533, THE HONORABLE KARL HAYS, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

On January 13, 2025, David Fountain attempted an appeal from the district court's "Final Order Clarifying Final Decree of Divorce and Order Authorizing the Issuance of a Qualified Domestic Relations Order" and "Qualified Domestic Relations Order," both signed on September 3, 2024. After the orders were signed, Fountain timely filed a motion for new trial, which extended the deadline for filing a notice of appeal to December 2, 2024. *See* Tex. R. App. 26.1(a)(1). The clerk of this Court sent a letter to Fountain's counsel questioning jurisdiction over this appeal and requesting that he provide proof of timely filing of a notice of appeal or risk dismissal of this appeal for want of jurisdiction. *See id.* R. 42.3(a). No response was filed. Once the time for filing a notice of appeal and seeking an extension of time to file the notice of appeal have expired, a party cannot invoke an appellate court's jurisdiction. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Accordingly, we dismiss this appeal for want of

jurisdiction.  *See* Tex. R. App. P. 42.3(a); *Crites v. Collins*, 284 S.W.3d 839, 840 (Tex. 2009) (indicating that timely notice of appeal is jurisdictional).

_____

Karin Crump, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed for Want of Jurisdiction

Filed:   April 10, 2025